UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JANNELL R. BUCKLEY,

      Plaintiff

   v.

LIBERTY HEALTH ADVANTAGE, INC.,

      Defendant.

---------------------------------------------------------------X

1:08-cv-01880 (DLC)
ECF Case

**APPEARANCE**

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**

    LIBERTY HEALTH ADVANTAGE, INC.

| | |
|---|---|
| September 2, 2008 | /s/ Timothy G. Ronan |
| Date | Signature |
| | |
| | Timothy G. Ronan |
| tr7693 | Print Clearly or Type Name |
| Connecticut Federal Bar Number | |
| | Pullman & Comley, LLC |
| | |
| (203) 674-7900 | 300 Atlantic Street |
| Telephone Number | Address |
| | |
| | Stamford, CT  06901 |
| | |
| | tronan@pullcom.com |
| | E-Mail Address |

**CERTIFICATION**

I hereby certify that on September 2, 2008, a copy of foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Timothy G. Ronan
Timothy G. Ronan (tr7693)

Bridgeport/1.1/EMP/710906v1